IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP -7 PM 1: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

| | |
|---|---|
| HILDA RODRIGUEZ | * |
| Plaintiff | * |
| v. | * Civil No. 98-1649 (JP) |
| SMITHKLINE BEECHAM | * |
| Defendant | * |

ORDER

Taxation of costs is held in abeyance in this case pending the outcome of the appeal. Once the appeal is decided, the prevailing party shall move for the taxing of costs.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 7TH day of September, 1999.

FRANCES RIOS DE MORAN
Clerk of Court

By: _____
Deputy Clerk

s/c: Jose Colón
     Gregory Usera